UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00205-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAMEION HIGLEY,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, January 17, 2007**, and responses to these motions shall be filed by **Friday, January 26, 2007**. It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Friday, February 2, 2007, at 3:00 p.m.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, February 12, 2007**, **at 9:00 a.m.**

    Dated: December 20, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge